IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THOMAS E. WILLIAMS                                                                PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:08-cv-00193

NISSAN NORTH AMERICA, INC.                                                     DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing on joint *ore tenus* motion of the Plaintiff, Thomas E. Williams, and Defendant, Nissan North America, Inc., for a final judgment dismissing this civil action with prejudice, by reason of the parties' compromise and settlement of this civil action, and the Court, being fully advised in the premises, is of the opinion that the parties' motion is proper, well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be and the same is hereby finally dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 26th day of January, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED:

s/ *Christopher A. Keith*
ATTORNEY FOR PLAINTIFF

s/ *Brandi N. Smith*
ATTORNEY FOR DEFENDANT